# EXHIBIT
# "A"

# EXHIBIT
# "A-1"

1/27/2021 9:12 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 50070284
Receipt Number: 886846       By: Brenda Espinoza
Tracking Number: 73833699   Filed: 1/27/2021 9:12 AM

EML
COPY OF PLEADING PROVIDED BY PLT

CAUSE NUMBER: 202103824

| | |
|---|---|
| PLAINTIFF: ANDERSON, LISA | In the 061st Judicial |
| vs. | District Court of |
| DEFENDANT: PARKWAY PROPERTY INVESTMENTS LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: PARKWAY PROPERTY INVESTMENTS LLC MAY BE SERVED THROUGH ITS REGISTERED AGENT
NATIONAL REGISTERED AGENTS INC

1999 BRYAN ST STE 900

DALLAS TX 75201

OR WHEREVER THEY MAY BE FOUND

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on January 21, 2021, in the above numbered and styled cause
on the docket in the above Judicial District Court of Harris County, Texas, in the
courthouse in the City of Houston, Texas. The instrument attached describes the claim
against you.

YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not
file a written answer with the District Clerk who issued this citation by 10:00 a.m.
on the Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you.  In addition to
filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit.  These disclosures generally must be
made no later than 30 days after you file your answer with the clerk.  Find out more
at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this
January 22, 2021.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: DANCHELLE BURTON

Issued at request of:
KAHN, JENNIFER H
2225 COUNTY ROAD 90 SUITE 109
PEARLAND, TX 77584
713-226-9900

Bar Number: 24032304

Certified Document Number: 94115319 - Page 1 of 3

Tracking Number: 73833682
EML

CAUSE NUMBER: 202103824

| | |
|---|---|
| PLAINTIFF: ANDERSON, LISA | In the 061st |
| vs. | Judicial District Court |
| DEFENDANT: PARKWAY PROPERTY INVESTMENTS LLC | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock ____. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of _____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the _____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____          _____
                               _____ of _____
County, Texas
_____   By: _____
          Affiant                              Deputy

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____.

## CAUSE NO. 202103824

| LISA ANDERSON | § | IN THE COURT OF |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| PARKWAY PROPERTY INVESTMENTS, LLC and GWP | § | |
| 3800 BUFFALO SPEEDWAY, LLC | | |
| Defendant. | § | 61ST JUDICIAL DISTRICT COURT |

### AFFIDAVIT OF SERVICE

On this day personally appeared **Mauricio Segovia** who, being by me duly sworn, deposed and said:

"The following came to hand on **Jan 25, 2021, 12:09 pm**,

**CITATION, PLAINTIFF'S ORIGINAL PETITION,**

and was executed at **1999 BRYAN ST SUITE 900, DALLAS, TX 75201-3123** within the county of **DALLAS** at **10:34 AM** on **Tue, Jan 26 2021**, by delivering a true copy to the within named

**PARKWAY PROPERTY INVESTMENTS, LLC, BY SERVING ITS REGISTERED AGENT, NATIONAL REGISTERED AGENTS INC.
accepted by Intake Specialist: Lindsey Barrientez**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Mauricio Segovia
Certification Number: PSC-1689
**Certification Expiration: 8/31/2022**

BEFORE ME, a Notary Public, on this day personally appeared **Mauricio Segovia**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON _1/26/2021_

Notary Public, State of Texas

MARIA M SEGOVIA
MY COMMISSION EXPIRES
07/05/2021
NOTARY ID: 129480220



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 18, 2021

Certified Document Number:        94115319 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# EXHIBIT
# "A-2"

1/27/2021 8:57 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 50069293
By: Brenda Espinoza
Filed: 1/27/2021 8:57 AM

Receipt Number: 886846
Tracking Number: 73833598

EML
**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202103824

| | |
|---|---|
| PLAINTIFF: ANDERSON, LISA | In the 061st Judicial |
| vs. | District Court of |
| DEFENDANT: PARKWAY PROPERTY INVESTMENTS LLC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: GWP 3800 BUFFALO SPEEDWAY LLC MAY BE SERVED THROUGH ITS REGISTERED AGENT CT
CORPORATION SYSTEM

1999 BRYAN ST STE 900

DALLAS TX 75201

OR WHEREVER THEY MAY BE FOUND

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on January 21, 2021, in the above numbered and styled cause
on the docket in the above Judicial District Court of Harris County, Texas, in the
courthouse in the City of Houston, Texas. The instrument attached describes the claim
against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not
file a written answer with the District Clerk who issued this citation by 10:00 a.m.
on the Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you.  In addition to
filing a written answer with the clerk, you may be required to make initial
disclosures to the other parties of this suit.  These disclosures generally must be
made no later than 30 days after you file your answer with the clerk.  Find out more
at TexasLawHelp.org.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this
January 22, 2021.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002


Generated By: DANCHELLE BURTON

Issued at request of:
KAHN, JENNIFER H.
2225 COUNTY ROAD 90 SUITE 109
PEARLAND, TEXAS 77584
713-226-9900

Bar Number: 24032304

Certified Document Number: 94115214 - Page 1 of 3

Tracking Number: 73833684
EML

CAUSE NUMBER: 202103824

PLAINTIFF: ANDERSON, LISA                          In the 061st

     vs.                                        Judicial District Court

DEFENDANT:   PARKWAY   PROPERTY   INVESTMENTS       of Harris County, Texas
LLC

OFFICER/AUTHORIZED PERSON RETURN

Came   to   hand   at   _____o'clock   ____.   M.,   on   the   _____   day   of
_____, 20_____.
Executed  at  (address)  _____
in _____ County
at   _____   o'clock   ____.   M.,   on   the   _____   day   of
_____, 20 _____,
by  delivering  to  _____  defendant,
in person, a true copy of this
Citation   together   with   the   accompanying   _____   copy(ies)   of   the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To   certify   which   I   affix   my   hand   officially   this   _____   day   of
_____, 20 _____.

FEE:  $  _____            _____

                                 _____  of  _____

County, Texas

_____     By:  _____
       Affiant                                    Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared.  After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN   TO   AND   SUBSCRIBED   BEFORE   ME   on   this   _____   of
_____, 20 _____.

Certified Document Number: 94115214 - Page 2 of 3

## CAUSE NO. 202103824

| | | |
|---|---|---|
| LISA ANDERSON | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| PARKWAY PROPERTY INVESTMENTS, LLC and GWP | § | |
| 3800 BUFFALO SPEEDWAY, LLC | | |
| Defendant. | § | 61ST JUDICIAL DISTRICT COURT |

### AFFIDAVIT OF SERVICE

On this day personally appeared **Mauricio Segovia** who, being by me duly sworn, deposed and said:

"The following came to hand on **Jan 25, 2021, 12:11 pm,**

**CITATION, PLAINTIFF'S ORIGINAL PETITION,**

and was executed at **1999 BRYAN ST SUITE 900, DALLAS, TX 75201-3123** within the county of **DALLAS** at **10:34 AM** on **Tue, Jan 26 2021,** by delivering a true copy to the within named

**GWP 3800 BUFFALO SPEEDWAY, LLC, BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM**
accepted by Intake Specialist: Lindsey Barrientez

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Mauricio Segovia
Certification Number PSC-1689
Certification Expiration: 8/31/2022

BEFORE ME, a Notary Public, on this day personally appeared **Mauricio Segovia**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON _____

Notary Public, State of Texas

MARIA M SEGOVIA
MY COMMISSION EXPIRES
07/05/2021
NOTARY ID: 129480220

Certified Document Number: 94115214 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   February 18, 2021

Certified Document Number:        94115214 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**